ROGERS JOSEPH O'DONNELL
Thomas H. Carlson (State Bar No. 121367)
311 California Street
San Francisco, California 94104
tcarlson@rjo.com
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
EVAN WEAVER

THE KING LAW GROUP
David A. King (State Bar No. 212439)
707 Broadway, Suite 1240
San Diego, CA 92101
dking@thekinglawgroup.com
Telephone: 619.702.2008
Facsimile: 619.702.2009

Attorneys for Defendant
TAMPA INVESTMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| EVAN WEAVER,<br><br>  Plaintiff,<br><br>vs.<br><br>TAMPA INVESTMENT GROUP, LLC, et al.,<br><br>  Defendants. | Case No. CV-12-01117 EJD<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS<br><br>[Civil L.R. 16-8 and DR L.R. 3-5] |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in Early Neutral Evaluation (ENE) (ADR L.R. 5). The parties agree to hold the ENE by August 1, 2012 to permit limited discovery first.

Dated: April 19, 2012                    ROGERS JOSEPH O'DONNELL

                                         By: _____
                                             THOMAS H. CARLSON
                                             Attorneys for Plaintiff
                                             EVAN WEAVER

1  Dated: April 19, 2012      THE KING LAW GROUP

By: _/s/ David A. King_____
DAVID A. KING
Attorneys for Defendant
TAMPA INVESTMENT GROUP, LLC

## [PROPOSED] ORDER

XX    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: April 23, 2012

_____
UNITED STATES JUDGE