1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   JENNIFER G. REDMOND, Cal. Bar No. 144790
3  jredmond@sheppardmullin.com
   MATTHEW M. SONNE, Cal. Bar No. 239110
4  msonne@sheppardmullin.com
   JESSICA S. FAIRBAIRN, Cal. Bar No. 273163
5  jfairbairn@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
6  San Francisco, California 94111-4109
   Telephone:  415-434-9100
7  Facsimile:  415-434-3947

8
   Attorneys for Defendants
9  GEM SERVICES USA, INC., GEM SERVICES,
   INC., RICHARD KULLE, SHARON KIMBLE
10 and ARTHUR LAU

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14

   ANDREW PENG, An individual,           | Case No. CV 12-0574 EJD
15 NEINCHIU WANG, A.K.A., GRACE
   WANG, an individual,                    **STIPULATION AND [PROPOSED]**
16                                          **ORDER SELECTING ADR PROCESS**
                   Plaintiffs,
17                                          The Honorable Edward J. Davila
        v.
18
   GEM SERVICES, INC., a Cayman Island
19 corporation, GEM SERVICES USA, INC.
   a California corporation,
20 RICHARD KULLE, an individual,
   SHARON KIMBLE, an individual,
21 ARTHUR LAU, an individual, and DOES
   1–10, inclusive,
22
                   Defendants.
23

24
              Counsel report that they have met and conferred regarding ADR and have
25
   reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
26

27
   The parties agree to participate in the following ADR process:
28

-1-

**Court Processes:**

☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

**X**    Private ADR (*please identify process and provider*):  Private Mediation. Parties working to determine provider.

The parties agree to hold the ADR session by:

**X**    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☐    other requested deadline: _____

DATED:  April 20, 2012

**SHEPPARD MULLIN RICHTER & HAMPTON**

By          */s/Jennifer G. Redmond*
              JENNIFER G. REDMOND
Attorneys for Defendants
GEM SERVICES USA, INC., GEM SERVICES,
INC., RICHARD KULLE, SHARON KIMBLE
and ARTHUR LAU

CONTINUE TO FOLLOWING PAGE

-2-

Case No.  CV 12-0574 EJD
W02-WEST:5YES1\404950310.1

STIPULATION AND PROPOSED ORDER SELECTING
ADR PROCESS

1    DATED:  April 20, 2012

2                                    **LILAW INC.**

3

4                           By          */s/ J. James Li*
                                        DR. J. JAMES LI
5                                      Attorney for Plaintiffs
                                   ANDREW PENG and GRACE WANG
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   CONTINUE TO FOLLOWING PAGE

28

                                            -3-

1    The parties' stipulation is adopted and IT IS SO ORDERED.
     XX   The parties' stipulation is modified as follows, and IT IS SO ORDERED.
2         The parties shall select a mediator by May 1, 2012

3

4

5

6

7

8

9
     DATED:  _____April 23_____, 2012
10

11

12
                                    By   _____
13                                         HONORABLE EDWARD J. DAVILA
                                           U.S. District Court Judge, Northern District of
14                                                          California

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-