**LiLaw Inc., a Law Corporation**
J. James Li (SBN 202855)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile:  (650) 521-5955
Email:  lij@lilaw.us

Attorneys for Plaintiffs
ANDREW PENG AND GRACE WANG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANDREW PENG, an individual, NEINCHIU WANG, A.K.A., GRACE WANG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>GEM SERVICES, INC., a Cayman Island corporation, GEM SERVICES USA, INC. a California corporation, RICHARD KULLE, an individual, SHARON KIMBLE, an individual, and ARTHUR LAU, an individual and DOES 1-10,<br><br>Defendants. | Case No.  CV 12-00574 EJD (HRL)<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER** |

1      WHEREAS, Plaintiffs Andrew Peng and Grace Wang ("Plaintiffs") have entered into a

2  confidential settlement agreement with Defendants GEM Services, Inc., GEM Services USA, Inc.,

3  Richard Kulle, Arthur Lau and Sharon Kimble ("Defendants");

4      IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants that all

5  claims in this case should be dismissed with prejudice, with each of the parties hereto to bear its own

6  attorney fees and costs.

7      IT IS SO STIPULATED.

8

9  DATED:  August 27, 2012        **LiLaw Inc.**

10

11                    By    /s/   J. James Li

12                          J. James Li
                               Attorneys for Plaintiffs

13                          Andrew Peng and Grace Wang

14

15  DATED:                **Sheppard Mullin Richter & Hampton LLP**

16

17                    By    /s/ Jennifer Redmond

18                          Jennifer Redmond
                               Attorneys for Defendants

19                        GEMS Services Inc., GEMS Services USA Inc.,

20                        and Richard Kulle.

21

22      PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
       The Clerk shall close this file.

23  DATED:  August 28, 2012

24

25                    By

26                        Hon. Edward J. Davila

27                        United States District Judge

28

