**LiLaw Inc., a Law Corporation**
J. James Li (SBN 202855)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile:  (650) 521-5955
Email:  lij@lilaw.us

Attorneys for Plaintiffs
ANDREW PENG AND GRACE WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW PENG, an individual, NEINCHIU WANG, A.K.A., GRACE WANG, an individual<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>GEM SERVICES, INC., a Cayman Island corporation, GEM SERVICES USA, INC. a California corporation, RICHARD KULLE, an individual, SHARON KIMBLE, an individual, and ARTHUR LAU, an individual and DOES 1-10,<br><br>　　　　　Defendants. | Case No.  CV 12-00574 EJD (HRL)<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER** |



Case No. CV 12-00574 EJD (HRL)
STIPULATED DISMISSAL AND ORDER

WHEREAS, Plaintiffs Andrew Peng and Grace Wang ("Plaintiffs") have entered into a confidential settlement agreement with Defendants GEM Services, Inc., GEM Services USA, Inc., Richard Kulle, Arthur Lau and Sharon Kimble ("Defendants");

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants that all claims in this case should be dismissed with prejudice, with each of the parties hereto to bear its own attorney fees and costs.

IT IS SO STIPULATED.

DATED: August 27, 2012                      L<small>I</small>L<small>AW</small> I<small>NC.</small>

By ___/s/    J. James Li_____
J. James Li
Attorneys for Plaintiffs
Andrew Peng and Grace Wang

DATED:                                      S<small>HEPPARD</small> M<small>ULLIN</small> R<small>ICHTER</small> & H<small>AMPTON</small> LLP

By ___/s/ Jennifer Redmond_____
Jennifer Redmond
Attorneys for Defendants
GEMS Services Inc., GEMS Services USA Inc.,
and Richard Kulle.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
The Clerk shall close this file.

DATED: August 28, 2012

By _____
Hon. Edward J. Davila
United States District Judge



1   Case No. CV 12-00574 EJD (HRL)
STIPULATED DISMISSAL AND ORDER